Entered on Docket
September 29, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of May 1, 2006, Fremont Home Loan Trust 2006-A
10-73103

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-14890-bam |
|---|---|
| Earl M. Nishimura and Mary Ann Nishimura | Date: 9/21/2010<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtors | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing

Agreement dated as of May 1, 2006, Fremont Home Loan Trust 2006-A, its assignees and/or successors in interest, of the subject property, generally described as 7718 Eagle Lake Avenue, Las Vegas, NV 89147, and legally described as follows:

> LOT FORTY-SEVEN (47) IN BLOCK TWO (2) OF SPRING VALLEY COTTAGES UNIT NO. 4-C. AS SHOWN BY MAP THEREOF ON FILE IN BOOK 37 OF PLATS, PAGE 29, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**
By:___/s/Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David M. Crosby
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).
____ No party appeared at the hearing or filed an objection to the motion.
_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or   _x_ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or   _x_ failed to respond to the document

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or   ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or   ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor